# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KEVIN JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:18-cv-00010 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| CHERRY LINDAMOOD, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 109) recommending the Court grant the Motion to Dismiss for Lack of Prosecution and Failure to Comply with the Court's Orders filed by Defendants Stanley Wilbanks and Rhonda Staggs (Doc. No. 104). Plaintiff did not respond to the motion to dismiss filed February 10, 2021; nor did he respond to the show cause order issued March 9, 2021 (Doc. No. 106). The Magistrate Judge determined that this case should be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure and recommended dismissal without prejudice as the appropriate sanction.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days. (Doc. No. 109 at 9). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 109) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the Motion to Dismiss filed by

Defendants Stanley Wilbanks and Rhonda Staggs (Doc. No. 104) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR
UNITED STATES DISTRICT JUDGE